```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
MIGUEL A. BONILLA,                  :
                                    :
                    Plaintiff,      :
                                    :    ORDER
          - against -               :
                                    :    09 Civ. 1549 (DC)
SMITHFIELD ASSOCIATES, LLC and      :
PASCAL LESEAC'H,                    :
                                    :
                    Defendants.     :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09

**CHIN, District Judge**

  Plaintiff requests leave to amend the complaint in this case to add a claim for battery. Defendant objects to plaintiff's request. As leave to amend shall be granted freely, plaintiff may file an amended complaint by June 12, 2009.

  SO ORDERED.

Dated: New York, New York
    May 29, 2009

                _____
                DENNY CHIN
                United States District Judge